JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHUCKU WHITE, | Case No. 2:21-cv-04002-JWH (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| S.W. PHELPS, Warden, | |
| Respondent. | |

1   Pursuant to the Order Accepting Findings and Recommendation of United
2 States Magistrate Judge,
3   It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is
4 **DISMISSED** with prejudice.
5   **IT IS SO ORDERED.**
6
7 Dated: September 7, 2021
8 HONORABLE JOHN W. HOLCOMB
United States District Judge